IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>Plaintiff,<br><br>v.<br><br>KING SECURITY SERVICES, et al.,<br><br>Defendants.<br>_____ | Nos. C 12-5093 JSW (PR)<br>C 12-5366 JSW (PR)<br><br>**JUDGMENT** |

Pursuant to the order of dismissal entered today, judgment is hereby entered in favor of Defendants in each of the cases listed above.

IT IS SO ORDERED.

DATED: November 5, 2012

_____
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

JEROME GRIMES,

        Plaintiff,

 v.

DEPUTY MILLER et al,

        Defendant.

                                     /

Case Number: CV12-05093 JSW
Case Number: CV12-05366 JSW
**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
S.F.J.C.
1 Moreland Drive
#12675072
San Bruno, CA 94066

Dated: November 5, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk