IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>    v.<br><br>KING SECURITY SERVICES, et al.,<br><br>    Defendants.<br>_____ | Nos.  C 12-5093 JSW (PR)<br>         C 12-5366 JSW (PR)<br><br>**JUDGMENT** |

Pursuant to the order of dismissal entered today, judgment is hereby entered in favor of Defendants in each of the cases listed above.

IT IS SO ORDERED.

DATED: November 5, 2012

                                                JEFFREY S. WHITE<br>
                                                United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME GRIMES,<br><br>   Plaintiff,<br><br>   v.<br><br>DEPUTY MILLER et al,<br><br>   Defendant. _____/ | Case Number: CV12-05093 JSW<br>Case Number: CV12-05366 JSW<br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
S.F.J.C.
1 Moreland Drive
#12675072
San Bruno, CA 94066

Dated: November 5, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk